11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

David Michael Brooks,                          * From the 35th District
                                                 Court of Brown County,
                                                 Trial Court No. 1210368.

Vs.   No. 11-13-00256-CV                        * September 26, 2013

Wal-Mart Stores, Inc.,                          * Per Curiam Memorandum Opinion
                                                 (Panel consists of: Wright, C.J.,
                                                 McCall, J., and Willson, J.)


        This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction.  Therefore, in accordance with this court's opinion, the appeal is dismissed.